UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT FRANCIS, II,

        Plaintiff,

vs.

Case No. 07-CV-14921
HON. GEORGE CARAM STEEH

AT&T INC., d/b/a AT&T, and
AT&T MOBILITY, LLC f/k/a
CINGULAR WIRELESS,

        Defendants.
_____/

### ORDER DISMISSING DECEMBER 12, 2007 SHOW CAUSE ORDER (#5)

On December 12, 2007, plaintiff was ordered to show cause by January 4, 2008 why this class action lawsuit should not be dismissed for lack of federal jurisdiction in the absence of allegations of an amount in controversy exceeding the $5,000,000.00 jurisdictional amount. See 28 U.S.C. § 1332(d)(2), (6). Plaintiff filed a timely response and a First Amended Class Action Complaint on January 2, 2008 alleging that "the claims of individual class members in the aggregate, exceed the jurisdictional minimum of $5,000,000, exclusive of interest and costs." First Amended Complaint, ¶ 9, at 3. Plaintiff has shown cause why this matter should not be dismissed for lack of allegations of the $5,000,000.00 jurisdictional amount for federal class action lawsuits. Accordingly,

The court's December 12, 2007 order requiring plaintiff to show cause is hereby DISMISSED.

SO ORDERED.

Dated: January 4, 2008

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 4, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk