# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT F. FRANCIS, II**, on behalf of himself and of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AT&T MOBILITY LLC** f/k/a **CINGULAR WIRELESS LLC**,<br><br>Defendants. | Case No 2:07cv14921<br><br>Hon. George Caram Steeh |

## ~~STIPULATED~~ ORDER SETTING DISCOVERY ~~AND BRIEFING SCHEDULE~~

WHEREAS, Plaintiff Robert F. Francis, II and Defendant AT&T Mobility LLC, by their undersigned counsel, after conferring on a mutually agreeable schedule for discovery concerning the enforceability of the arbitration agreement at issue and for briefing on the pending Plaintiff's Motion to Declare Class Action Waiver Unlawful and Defendant AT&T Mobility LLC's Motion to Compel Arbitration and to Dismiss Action, hereby stipulate to the following:

~~(1) Plaintiff's Reply Brief in support of his Motion to Declare Class Action Waiver Unlawful shall be due on March 25, 2008;~~

(2) Defendant shall respond, including any objections, to Plaintiff's First Set of Interrogatories and First Set of Requests to Admit no later than March 25, 2008;

(3) Defendant shall respond, including any objections, to Plaintiff's First Requests for Production of Documents and shall designate all witnesses from whom Defendant shall produce testimony in support of its Motion to Compel Arbitration or

in opposition to Plaintiff's Motion to Declare Class Action Waiver Unlawful no later than April 15, 2008 and shall supply to Plaintiff the Declarations from those witnesses to be filed in support or opposition;

(4) Plaintiff shall be permitted to conduct depositions of Defendant's designated witnesses in opposition to Plaintiff's Motion to Declare Class Action Waiver Unlawful and in support of Defendant's Motion to Compel Arbitration through May 31, 2008;

(5) Plaintiff shall designate all witnesses from whom Plaintiff intends to produce testimony in opposition to Defendant's Motion to Compel Arbitration or in support of Plaintiff's Motion to Declare Class Action Waiver Unlawful no later than May 31, 2008, and shall supply to Defendant the Declarations from those witnesses to be filed in support or opposition;

~~(6) Plaintiff's Response to Defendant's Motion to Compel Arbitration shall be filed on or before June 17, 2008;~~

(7) Defendant shall be permitted to conduct discovery concerning the enforceability of the arbitration agreement at issue, including depositions of Plaintiff and Plaintiff's designated witnesses, from June 17, 2008 through July 31, 2008;

~~(8) Defendant's Reply Brief in support of its Motion to Compel Arbitration shall be filed on or before August 21, 2008.~~

~~(9) The hearing previously scheduled for May 1, 2008 is hereby rescheduled for a date and time on or after August 28, 2008 to be determined by the Court.~~

NOW THEREFORE, IT IS ORDERED THAT the stipulated discovery and briefing schedule on the pending Plaintiff's Motion to Declare Class Action Waiver Unlawful and Defendant AT&T Mobility LLC's Motion to Compel Arbitration and to Dismiss Action is hereby adopted. **AS MODIFIED.**

**SO ORDERED.**

Dated: 3/20/08

/s/ George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED.

Dated: March 18, 2008

/s/ E. Powell Miller
E. Powell Miller (P39487)
Marc L. Newman (P51393)
Ann L. Miller (P43578)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com

/s/ W. Kelly Lundrigan w/ consent
Alan J. Statman
Jeffrey P. Harris
W. Kelly Lundrigan
STATMAN, HARRIS & EYRICH, LLC
441 Vine Street
3700 Carew Tower
Cincinnati, Ohio 45202
(513) 621-2666
jharris@statmanharris.com

*Trial Attorneys for Plaintiff and Plaintiff Class*

/s/ Toby A. White w/ consent
Michelle Thurber Czapski
Toby A. White
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425

(313) 223-3636
twhite@dickinsonwright.com


/s/ Archis A. Parasharami w/ consent
Evan M. Tager
Archis A. Parasharami
MAYER BROWN LLP
1909 K. Street NW
Washington, D.C. 20006
(202) 263-3000
aparasharami@mayerbrown.com

*Trial Attorneys for Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC*